

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2014

No. 04-13-00750-CR

Larry **CASTRO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0307A
Honorable Melisa Skinner, Judge Presiding

# O R D E R

A supplemental record containing the trial court's order appointing new appellate counsel has been filed. We therefore reinstate the appeal on the docket of this court. The record is complete. We order appellant's brief due **March 10, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court